UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X Case No. 08-CV-0254
PATRICIA DANTZLER

                            Plaintiff,

                                                      **AFFIDAVIT OF SERVICE**

    -against-

PALISADES COLLECTION, LLC.

                           Defendant.
------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

        Alexandra Roberts, being duly sworn, says:

        1.    I am not a party to this action, and I am over 18 years of age and reside at: Ascan Ave., Forest Hills, NY 11375.

        2.    On January 22, 2008 at 10:45AM at CT Corporation, 111 Eighth Ave., 13th Fl., New York, New York 10011 I served the within Summons, Complaint and Individual Judge's Practices on Palisades Collection, LLC. the Defendant named by delivering a true copy of each to Aixa Flores personally.

Deponent knew said corporation so served to be the corporation described in said Summons as said defendant and knew said individual to be
\_\_\_\_\_ a manager or officer of said corporation; or
\_\_X\_\_ authorized to accept service of process.

        3.    Deponent describes the individual served as follows:

| Sex | Height | Weight | Age | Hair Color |
|---|---|---|---|---|
| [ ] Male | [ ] Under 5' | [ ] Under 100 Lbs | [ ] 14-20 Yrs | [ ] Black |
| [X] Female | [ ] 5'0"-5'3" | [X] 100-130 Lbs | [ ] 21-35 Yrs | [X] Brown |
| | [X] 5'4"-5'8" | [ ] 131-160 Lbs | [X] 36-50 Yrs | [ ] Blond |
| | [ ] 5'9"-6'0" | [ ] 161-200 Lbs | [ ] 51-65 Yrs | [ ] Grey |
| | [ ] Over 6' | [ ] Over 200 Lbs | [ ] Over 65 Yrs | [ ] Red |
| | | | | [ ] White |
| | | | | [ ] Balding |
| | | | | [ ] Bald |

Color of Skin - describe color: Light
Other identifying features, if any: Dark Freckles

Subscribed and sworn to before me
on the 11th day of February, 2008.

_____
Notary Public
My commission expires on

                                         _____
                                       ALEXANDRA ROBERTS

NOVLETTE R. KIDD
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01KI6072087
QUALIFIED IN BRONX COUNTY  2010
MY COMMISSION EXPIRES MARCH 25, 2008