UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PATRICIA DANTZLER,                                                    CV 08 0254

                Plaintiff,

                                                                            **NOTICE OF**
      -against-                                                                          **APPEARANCE**


PALISADES COLLECTION, LLC,

                Defendants.
------------------------------------------------------------------------X

**C O U N S E L O R S :**

    **PLEASE TAKE NOTICE,** that the defendant, PALISADES COLLECTION, LLC., hereby appears in the above-entitled action by the undersigned attorneys and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Garden City, NY
       March 3, 2008

                                                        Yours, etc.,

                                                      L'ABBATE, BALKAN, COLAVITA
                                                         & CONTINI

                                   By: _____
                                        Peter D. Rigelhaupt
                                        Attorneys for Defendant
                                        1001 Franklin Avenue
                                        Garden City, NY 11530
                                        (516) 294-8844
TO:   FAGENSON & PUGLISI         File No. 08 2015 93524
       Attorneys for Plaintiff
       450 7th Avenue
       Suite 3302
       New York, NY 10123
       (212) 268-2128

876086v1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ss.:
COUNTY OF NASSAU  )

      ELIZABETH BUCCOLA, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Queens County, New York.

      That on the 4 day of March, 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

    FAGENSON & PUGLISI
    Attorneys for Plaintiff
    450 7th Avenue
    Suite 3302
    New York, NY 10123
    (212) 268-2128

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                              _____
                                              ELIZABETH BUCCOLA

Sworn to before me this
4 day of March 2008.

_____
Notary Public

      NANCY CHRYSTAL
  Notary Public, State of New York
      No. 01CH4834396
    Qualified in Suffolk County
  Commission Expires May 31, 20 11

876086v1