# LB&C

**Attorneys at Law**

**L'Abbate, Balkan, Colavita & Contini, L.L.P.**

1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Peter D. Rigelhaupt
Partner
prigelhaupt@lbcclaw.com

[Stamp: RECEIVED MAR 27 2008 ALVIN...]



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

March 26, 2008

**VIA FAX/ECF**
Hon. Alvin K. Hellerstein
United States Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

> A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> [signature]
> Alvin K. Hellerstein, U.S.D.J.
> Date: 3-27-08

RE:  *Patricia Dantzler v. Palisades Collection*
Case No.       :  08-CV-0254
Our File No.   :  08 2015 93524

Dear Judge Hellerstein:

Our office represents the defendant in the above-referenced Fair Debt Collection Practices Act [FDCPA] matter. We wish to advise the Court that the plaintiff has accepted the defendant's offer of judgment, and the parties are in the process of negotiating the amount of attorney's fees and costs to be provided pursuant to the offer of judgment. It is expected that the parties will be able to reach an agreement on that issue within the next weeks. In the event an agreement is not reached on that issue, the offer of judgment provides for the issue to be submitted to the Court for resolution. In light of these developments, the parties jointly request an adjournment of the initial pre-trial conference scheduled for March 28, 2008 for a period of at least two weeks. Hopefully, by the adjourned date, the parties will able to advise the Court that the matter has been fully resolved. This is the first request for an adjournment of the initial pre-trial conference.

Thank you very much for your consideration of this request. If there is any question, please do not hesitate to call.

Respectfully yours,

[signature]
PETER D. RIGELHAUPT

PDR:eb
c.c.
Magistrate Judge Ronald L. Ellis
Fagenson & Puglisi (by Fax)

7 Regent Street, Suite 711, Livingston, NJ 07039
T. 973.422.0422  F. 973.422.0420