**FAGENSON & PUGLISI**
ATTORNEYS AT LAW

450 SEVENTH AVENUE
SUITE 3302
NEW YORK, NEW YORK 10123

LAWRENCE M. FAGENSON
CONCETTA PUGLISI

NOVLETTE R. KIDD

TELEPHONE: (212) 268-2128
FAX: (212) 268-2127

[Stamp: RECEIVED APR 24 2008 CHAMBERS OF N K. HELLERSTEIN U.S.D.J.]

April 24, 2008

HON. ALVIN K. HELLERSTEIN, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten note: The period of notice of the restoration of the case is enlarged to June 16, 2008. 5-1-08 /s/ AKHellerstein]*

**Re: Patricia Dantzler v. Palisades Collection, LLC. Case # 08-cv-0254**

Honorable Sir,

This firm represents the plaintiff in the captioned matter. On March 27, 2008, this Court dismissed the matter after being informed by defendant's counsel, Peter D. Rigelhaupt, Esq. that an offer of judgment has been made and accepted. This Court allowed either party to restore the matter within 30 days.

Pursuant to the offer, the defendant agrees to pay $1,001 in damages, and an additional amount to be determined for plaintiff's reasonable attorney's fees and costs.

Unfortunately, the parties have been unable, to date, to agree upon the dollar amount of attorney's fees and costs. When I last spoke with Mr. Rigelhaupt on April 15, 2008 he informed me that he was still awaiting word from his client about whether plaintiff's proposal was acceptable. The 30-day period to restore expires today.

I therefore respectfully request that the case be restored to the Court's calendar for the purpose of resolving the issue of the amount of attorney's fees and costs.

Finally, a medical emergency has arisen in my family and I will be outside of New York State as of tomorrow, April 25, 2008, for several days. I do not now know the exact length of my absence. I therefore kindly request that the Court schedules court engagements for a date after May 16, 2008.

I thank you for your consideration.

Yours Respectfully,
FAGENSON & PUGLISI

By: /s/ Novlette R. Kidd
NOVLETTE R. KIDD, ESQ. (NK2552)
cc: Peter D. Rigelhaupt, Esq., by fax (516)294-8202

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/2/08]