UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X  Case No. 08-cv-0254

PATRICIA DANTZLER,

                    Plaintiff,

(AKH) (RLE)

**JUDGMENT**

    -against-

PALISADES COLLECTION, LLC.,

                    Defendant.

-------------------------------------------------------------X

AN Offer of Judgment having been made by the Defendant, PALISADES COLLECTION, LLC., and the Plaintiff, PATRICIA DANTZLER, having accepted said Offer, and the Offer of Judgment and Notice of Acceptance of Offer of Judgment, together with proof of service having been filed herewith,

NOW, on motion of FAGENSON & PUGLISI, the attorneys for the Plaintiff, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff does recover of PALISADES COLLECTION, LLC., the sum of $1,001.00 in statutory damages plus a reasonable amount for Plaintiff's reasonable attorney's fees and costs incurred in the prosecution of the claims alleged in the Complaint. Said amount for attorney's fees and costs shall be agreed by counsel for the parties or determined by the Court upon application by Plaintiff's counsel.

Dated: New York, New York
       July 9, 2008.

BY: _____
HON. ALVIN K. HELLERSTEIN, U.S.D.J.